UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 13–6667 DSF (PJWx) | Date | 2/24/14 |
| Title | John D. Tedesco, et al. v. Ocwen Loan Servicing, LLC, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING Plaintiffs' Motion for Leave to Add New Claims (Docket No. 27)

   On January 9, 2014, the Court granted Defendants' motion to dismiss Plaintiffs' Complaint with leave to amend, noting that leave to add new claims must be sought by a separate motion. (Docket No. 22.) Plaintiffs move to file a First Amended Complaint including new claims of negligent misrepresentation, promissory estoppel, and a violation of the Truth in Lending Act. (Docket No. 27.) Defendants filed a notice of non-opposition to Plaintiffs' motion on February 10, 2014. (Docket No. 32.) The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for March 3, 2014 is removed from the Court's calendar. The motion is GRANTED.

   IT IS SO ORDERED.