JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN D. TEDESCO, | ) | Case No. CV 13-6667 (DSF) (PJWx) |
| Plaintiff, | ) ) | JUDGMENT OF DISMISSAL |
| v. | ) ) | |
| OCWEN LOAN SERVICING, et al. | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The Court having previously issued an Order granting the motion to dismiss and allowing plaintiff to file a Second Amended Complaint, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 5/5/14

DALE S. FISCHER
United States District Judge